. ELEANORE MUTO, Respondent, v ROMAN CATHOLIC CHURCH OF ST. JOHN THE EVANGELIST et al., Appellants. [891 NYS2d 770]—

Memorandum: Plaintiff commenced this action seeking damages for injuries she sustained when she allegedly tripped on a floor mat on property owned and occupied by defendants, causing her to fall. Contrary to the contention of defendants, Supreme Court properly denied their motion for summary judgment dismissing the complaint. By their own submissions, defendants raised a triable issue of fact whether they had notice that the condition of the floor mat on the day of plaintiff's fall rendered it a tripping hazard (*see Groth v BJ's Wholesale Club, Inc.*, 59 AD3d 1086 [2009]; *cf. Quinn v Holiday Health & Fitness Ctrs. of N.Y., Inc.*, 15 AD3d 857 [2005]; *see generally Zuckerman v City of New York*, 49 NY2d 557, 562 [1980]). Present—Hurlbutt, J.P., Fahey, Peradotto, Green and Gorski, JJ.

 SCOTT M. HARVEY et al., Respondents, v NICOLE M. GAULIN, Defendant. COUNTY OF ORLEANS, Appellant. (Appeal No. 1.) [890 NYS2d 836]—

Same memorandum as in *Harvey v Gaulin* (68 AD3d 1789 [2009]). Present—Hurlbutt, J.P., Fahey, Peradotto, Green and Gorski, JJ.

 SCOTT M. HARVEY et al., Respondents, v NICOLE M. GAULIN, Defendant. COUNTY OF ORLEANS et al., Appellants. (Appeal No. 2.) [893 NYS2d 393]—